BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>MARK GEORGE JANKOWSKI,<br><br>        Defendant. | CASE NO. 1:12-CR-00120 LJO/SKO<br><br>ORDER RE FINANCIAL DISCLOSURES |

The Defendant herein, MARK GEORGE JANKOWSKI, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information" and provide to the United States Attorney's Office, Attn: FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721, **no later than June 18, 2012.**

IT IS SO ORDERED.

**Dated:   May 15, 2012**                          /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE